**No. 45223.**—Protest 23473–K of Bullocks, Inc. (Los Angeles).

Opinion by OLIVER, P. J. It was stipulated that the ring watches in question are similar to those the subject of Abstract 37098. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 45224.**—Protests 768239–G, etc., of Maple Leaf Petroleum, Ltd. (Great Falls).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the protests were dismissed.

BEFORE THE SECOND DIVISION, JANUARY 16, 1941

**No. 45225.**—Protests 610269–G, etc., of Abouchar & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45226.**—Protests 953345–G, etc., of Western Novelty Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the loving cups in question are similar to those passed upon in Abstract 43785. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 45227.**—Protests 3692–K, etc., of New York Merchandise Co., Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the antimony tableware in question is similar to that the subject of Abstract 42474. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45228.**—Protest 990358–G of Saji Trading Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the articles in question consist of antimony ware and antimony figures chiefly used in the kitchen or household or on the table for utilitarian purposes. On the authority of Abstracts 42780 and 43050 the claim at 40 percent under paragraph 339 was sustained.

**No. 45229.**—Protest 871651–G of Western Novelty Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 42474 antimony table utensils were held dutiable at 40 percent under paragraph 339. Articles similar to those the subject of Abstract 42382 were held dutiable at the same rate and under the same paragraph.